IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30942
Conference Calendar
_____


JEFFERY FUSSELL,

                                        Plaintiff-Appellant,

versus

RICHARD L. STALDER, Secretary;
ET AL.,

                                        Defendants-Appellees.


---------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 94-CV-975 B
----------------------

February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Jeffery Fussell has filed a motion to proceed in forma
pauperis (IFP) on appeal.  He appeals from the trial court's
denial of his motion for the appointment of counsel.

    Fussell has not demonstrated that this case is so
exceptional as to require the appointment of counsel.  There is,
therefore, no abuse of discretion by the district court in not
appointing counsel.

    Fussell has not presented a nonfrivolous issue.  Therefore,
IT IS ORDERED that his motion for leave to proceed on appeal IFP

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

is DENIED.  Because his appeal is frivolous, the appeal is

DISMISSED.  5th Cir. R. 42.2.